748 A.2d 1234

**Henry Ray POPE, III, as Trustee in the Bankruptcy of the 1717 Discretionary Fund. a Pennsylvania Limited Partnership,**

**v.**

**Barrie GIBBS and Richard H. Schall, Jr.**

**Petition of Richard H. Schall, Jr.**

Supreme Court of Pennsylvania.

April 18, 2000.

Paul David Burke, Pittsburgh, for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW,** this 18 th day of April, 2000, the Petition for Allowance of Appeal is GRANTED, limited to the following two issues:

Is the decision of the Superior Court in the instant case in conflict with the previous decision of the Commonwealth

Court in *Commonwealth of Pennsylvania, Dep't of Commerce v. Carlow,* 687 A.2d 22 (Pa.Commw.1996)?

Is the decision of the Superior Court in the instant case in conflict with the previous decision of this Court in *Scott Factors, Inc. v. Hartley,* 425 Pa. 290, 228 A.2d 887 (1967)?